USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _11-9-17_

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PATRICK GROOVER, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INC., RICHARD F. SMITH, and JOHN W. GAMBLE, JR.,<br><br>Defendants. | CIVIL ACTION:   1:17-cv-07082-ALC<br><br>RELATED ACTION:   1:17-cv-07053-ALC |

**STIPULATION AND ORDER
TO TRANSFER ACTION TO THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA PURSUANT TO 28 U.S.C. § 1404(a)**

WHEREAS, the complaint in the above-captioned action asserts claims for alleged violations of the federal securities laws that are identical in substance to claims asserted in a prior-filed action styled *Kuhns v. Equifax Inc.*, et al., No. 1:17-cv-03463-WSD (N.D. Ga.) (the "Kuhns" action) that is presently pending in the United States District Court for the Northern District of Georgia, Atlanta Division;

WHEREAS, Plaintiff in this action seeks to assert claims on behalf of the same proposed class of Equifax Inc. ("Equifax") investors as the plaintiff in the Kuhns action;

WHEREAS, pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(A)(i)(II), any person seeking appointment as lead plaintiff of this proposed class must file a motion seeking such relief in the Kuhns action on or before November 13, 2017;

WHEREAS, Defendant Equifax has its headquarters and principal place of business in the Northern District of Georgia, and Defendants Smith and Gamble reside in the Northern District of Georgia;

WHEREAS, Defendants Equifax, Smith, and Gamble are also the named defendants in the *Kuhns* action; and

WHEREAS, Plaintiff and Defendants stipulate and agree that, pursuant to 28 U.S.C. § 1404(a), for reasons of judicial efficiency and for the convenience of parties and witnesses, this case should be transferred to the United States District Court for the Northern District of Georgia, where it can be consolidated with the *Kuhns* case, particularly in view of the upcoming November 13, 2017 deadline for filing lead plaintiff motions in the *Kuhns* case,

NOW THEREFORE, pursuant to 28 U.S.C. § 1404(a), the Court DIRECTS the Clerk to transfer this action, immediately and in its entirety, to the United States District Court for Northern District of Georgia.

SO ORDERED this __8th__ day of November 2017.

_____
Hon. Andrew L. Carter, Jr.
United States District Judge

STIPULATED AND AGREED TO BY:

POMERANTZ LLP

_____
Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

KING & SPALDING LLP

_____
Israel Dahan
1185 Avenue of the Americas
New York, NY 10036-2601
Telephone: (212) 556-2100
Facsimile: (212) 556-2222
idahan@kslaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
pdahlstrom@pomlaw.com

*Attorneys for Plaintiff Patrick Groover*

*Attorney for Defendants Equifax Inc., Richard F. Smith, and John W. Gamble, Jr.*